**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

IN RE:
Frederick Morgan Humbert
Debtor

Case No. 25-19949

---

PennyMac Loan Services, LLC
Movant

Chapter 13

vs.

Frederick Morgan Humbert
Debtor

and

Kathleen Humbert
Co-Debtor

---

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY ON REAL PROPERTY LOCATED AT 814 HOLDEN RD, FREDERICK, MD 21701**

COMES NOW, PennyMac Loan Services, LLC (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) and co-debtor stay of 11 U.S.C. § 1301 pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and 1301 and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about October 24, 2025, Frederick Morgan Humbert (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3. Kathleen Humbert is the co-debtor (hereinafter "Co-Debtor").

4. Timothy P. Branigan is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy estate.

5. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Frederick County, Maryland, and improved by a residence known as **814 Holden Rd, Frederick, MD 21701** (hereinafter the "Property").

6. Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated August 25, 2023, and executed by Frederick M. Humbert, in the original principal amount of $664,135.00, with interest at the original note rate of 5.500%. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the promissory note is attached hereto.

7. Said promissory note is secured by a certain Deed of Trust also dated August 25, 2023 and recorded in the land records of Frederick County, Maryland, related to the subject Property. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the deed of trust is attached hereto.

8. Movant now seeks relief from the automatic stay against the Debtor pursuant to 11 U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust. Maryland Local Bankr. Rule 4001-1(b)(5).

9. Movant also seeks relief from co-debtor stay of 11 U.S.C. § 1301.

10. A statement of Debtor's accrued post-petition payment arrears, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows: (a) June 1, 2026 through October 1, 2026 payments of $4,366.46 each for a subtotal of $21,832.30; (b) Movant has incurred attorney fees of $1,350.00 and filing cost of $199.00 associated with the present motion for a subtotal of $1,549.00.

11. A statement of Debtor's accrued pre-petition payment arrearage, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows. The total pre-petition arrearage is $57,365.11. A more detailed statement of pre-petition debt is contained in Claim No. 10-1 dated December 18, 2025.

12. As of October 9, 2026, a detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b)(1), is itemized as follows:

| | |
|---|---|
| Current Principal Balance | $752,201.04 |
| Interest Due As Of 10/9/2026 | $19,794.25 |
| Escrow Advance Balance | $444.26 |
| Recording Fees | $50.00 |
| Total: | $772,489.55 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

13. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

14. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) and co-debtor stay of 11 U.S.C. § 1301 to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not

limited to the commencement of foreclosure proceedings against the Property. Maryland Local Bankr. Rule 4001-1(b)(7).

15. Movant is the holder of the note ("noteholder"), and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to noteholder or has been duly endorsed.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. §§ 362(a) and 1301 of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 814 Holden Rd, Frederick, MD 21701 and to allow successful purchaser to obtain possession of same; and,

2. Grant such other and further relief as may be just and necessary.

Respectfully submitted,

*/s/ Chetan Gopal* ____________________

Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com

*Counsel for Movant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2026, the following parties were served a copy of the foregoing motion in the manner described below:

*Via* First Class Mail, Postage Prepaid:

Frederick Morgan Humbert
814 Holden Rd
Frederick, MD 21701
*Debtor*

Kathleen Humbert
814 Holden Rd
Frederick, MD 21701
*Co-Debtor*

*Via* CM/ECF Electronic Notice:

William A Grafton
Grafton Firm, LLC
920 Providence Road
Ste 100
Towson, MD 21286
*Counsel for Debtor*

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*

*/s/ Chetan Gopal*
Chetan Gopal