UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>Frederick Morgan Humbert,<br><br>Debtor. | Case No. 25-19949<br><br>Chapter 13 |
| PennyMac Loan Services, LLC,<br><br>Creditor/Movant,<br><br>v.<br><br>Frederick Morgan Humbert and Timothy P. Branigan, Chapter 13 Trustee,<br><br>Respondents. | |

**OPPOSITION TO MOTION FOR RELIEF FROM**
**(814 Holden Rd, Frederick, MD 21701)**

COMES NOW Debtor Frederick Morgan Humbert, by and through his attorney, William A. Grafton and Grafton Firm, LLC and file this Opposition to Motion Seeking Relief from Automatic Stay, and states as follows:

1. The Debtor admits paragraphs 1 through 7.
2. The Debtor denies all other allegations in the Motion.

WHEREFORE, the Respondents pray for an Order denying the Motion and for any such other relief as the Court may deem just and proper.

Date: October 30, 2026

/s/ William A. Grafton
William A. Grafton, Esq.
Grafton Firm, LLC
920 Providence Rd, Ste 100
Towson, MD 21286
(410) 870-9315
wgrafton@graftonfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October 2026 the following persons or entities were served a copy of the Opposition to Motion for Relief from the Automatic Stay via CM/ECF as listed below:

Timothy P. Branigan
cmecf@chapter13maryland.com

Nicole A. Williams
nwilliams@reesbroome.com, efox@reesbroome.com

Daisy Jocelin Velasco
daisy.velasco12@gmail.com

Chaitanya Gopal
cgopal@raslg.com

C. Edward Hartman
ed@hartman.law

AND BY First-Class Mail, Postage-Prepaid to:
PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020
*Notice recipient for Movant*

/s/ William A. Grafton
William A. Grafton, Esq.